# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, NOVEMBER 14, 2023

| | |
|---|---|
| 22-14219 | United States, Appellant v. John Holland, et al. |
| 22-13288 | The Douglas Stewart Company, Inc., Appellant v. HIQO Solutions, Inc. |
| 22-13073 | Tyler Copeland, Appellant v. Georgia Department of Corrections |
| 22-13626 | Anna Lange v. Houston County, Georgia, et al., Appellants |

### WEDNESDAY, NOVEMBER 15, 2023

| | |
|---|---|
| 21-11625 | United States v. Nadya Diaz, Appellant |
| 22-13625 | Multimedia Technologies, Inc., Appellant v. City of Atlanta, Georgia |
| 22-13819 | Stephen Sewalk, et al., Appellants v. Valpak Direct Marketing Systems, LLC |

### THURSDAY, NOVEMBER 16, 2023

| | |
|---|---|
| 22-13068 | United States v. Maurice Kent, Appellant |
| 22-13444 | Christopher Baughcum Jr., et al., Appellants v. Genola Jackson, et al. |
| 22-12501 | Gina Magwood, Appellant v. Racetrac Petroleum, Inc. |
| 22-13293 | John Doe, Appellant v. Emory University |

### FRIDAY, NOVEMBER 17, 2023

| | |
|---|---|
| 21-12571 | Jennifer Dupree, Appellant v. Mrs. Pamela Owens, et al. (Consolidated with 21-13198, Detrich Battle, Appellant v. Georgia Department of Corrections) |
| 22-12611 | Tamara Baines, Appellant v. City of Atlanta, Georgia, et al. |
| 22-13258 | Keith Sylvester, Appellant v. James Barnett, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
09/07/23 - #2