# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13444

_____

CHRISTOPHER BAUGHCUM, JR.,
ZANE MEYERS,
SOPHIE LONG,
FIREARMS POLICY COALITION, INC.,

                                              Plaintiffs-Appellants,

*versus*

GENOLA JACKSON,
in her individual capacity and in her official capacity
as Judge of the Laurens County Probate Court,
JANICE D. SPIRES,
in her individual capacity and in her official capacity
as Judge of the Houston County Probate Court,
KATHRYN B. MARTIN,
in her individual capacity and in her official capacity
as Judge of the Lamar County Probate Court,
CHRIS WRIGHT, in his individual capacity

2                           Order of the Court                           22-13444

and in his official capacity as Commissioner of the Department of Public Safety

                                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 3:21-cv-00036-DHB-BKE

_____

ORDER:

Unopposed Motion for Leave of Court to allow Attorney Justin Golart to appear and present oral argument on behalf of Appellee Chris Wright is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION