# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

November 02, 2023

William V. Bergstrom
Cooper & Kirk, PLLC
1523 NEW HAMPSHIRE AVE NW
WASHINGTON, DC 20036

Justin T. Golart
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Deborah Nolan Gore
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Jason C. Waymire
Williams Morris & Waymire, LLC
4330 S LEE ST NE BLDG 400 STE A
BUFORD, GA 30518

Appeal Number: 22-13444-V
Case Style: Christopher Baughcum, Jr., et al v. Genola Jackson, et al
District Court Docket No: 3:21-cv-00036-DHB-BKE

Dear Counsel,

Please be prepared at oral argument to address the following issue:

The complaint in this case alleged that the individual plaintiffs were each either 18 or 19 years of age and thus ineligible for a Georgia Weapons Carry License pursuant to O.C.G.A. § 16-11-129(b)(2)(A), which deems most individuals below the age of 21 ineligible. Approximately two and a half years have elapsed since the filing of the

plaintiffs' complaint. Does any individual plaintiff remain below 21 years of age? Is this case currently moot or will it soon become moot? The parties also should be prepared to address whether any exceptions to the mootness doctrine may apply. *See*, *e.g.*, *Arcia v. Fla. Sec'y of State*, 772 F.3d 1335, 1342–43 (11th Cir. 2014).

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

LetterHead Only