No. 22-13444

# In the United States Court of Appeals for the Eleventh Circuit

CHRISTOPHER BAUGHCUM, JR., ET AL.,

*Plaintiffs–Appellants*,

v.

GENOLA JACKSON, ET AL.,

*Defendants–Appellees*.

### NOTICE OF FILING

Plaintiffs-Appellants file this notice to alert the court of a potentially related case. *Georgia Second Amendment, Inc. v. Kemp*, No. 23-11913 ("*GSA*"), is presently pending before this Court and challenges the constitutionality of the same statute at issue here. Unlike the present case, the decision on appeal in *GSA* was not based on threshold standing requirements. Rather, the district court dismissed the claim on the merits following this Court's decision in *National Rifle Association v. Bondi*, 61 F.4th 1316 (11th Cir. 2023). *See* D. Ct. Order, *GSA*, No. 23-11913, Doc. 1-3 at 12 (June 9, 2023). Also unlike this case, *GSA* has been held in abeyance pending en banc consideration of *Bondi*. *See* Order, *GSA*, No. 23-11913, Doc. 27-1 (Oct. 17, 2023).

Dated: November 6, 2023            Respectfully submitted,

<div style="margin-left:3em">

/s/David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9660
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
   *Counsel for Plaintiffs-Appellants*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on November 6, 2023. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: November 6, 2023                    /s/David H. Thompson
                                       David H. Thompson

                                       *Counsel for Plaintiffs-Appellants*