No. 22-13444

# In the
# United States Court of Appeals
## for the Eleventh Circuit

Christopher Baughcum, Jr., et al.,
*Plaintiff-Appellants*,

v.

Genola Jackson, et al.,
*Defendant-Appellees*.

On Appeal from the United States District Court for the Southern District of Georgia.
No. 3:21-cv-00036 — Hon. Dudley H. Brown, *Judge*

## NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER

Pursuant to Fed. R. App. P. 43(c)(2), Appellee Chris Wright notifies the Court and all parties that on September 30, 2023, he retired from the position of Commissioner of the Georgia Department of Public Safety. Appellee Wright further notifies the Court and all parties that, on October 1, 2023, William Hitchens became Commissioner. Pursuant to Fed. R. App. P. 43(c)(2), upon Colonel Hitchens' succession as Commissioner, he was automatically substituted as Defendant-Appellee

in Plaintiff-Appellants' official capacity claims against the Commissioner of the Georgia Department of Public Safety.

Respectfully submitted.

/s/ *Justin T. Golart*
Christopher M. Carr
  *Attorney General of Georgia*
Beth Burton
  *Deputy Attorney General*
Tina M. Piper
  *Senior Asst. Attorney General*
Deborah Nolan Gore
  *Assistant Attorney General*
Justin T. Golart
  *Deputy Solicitor General*
Office of the Georgia
  Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3252
jgolart@law.ga.gov
*Counsel for Defendant/Appellee Commissioner of Georgia Department of Public Safety*

## CERTIFICATE OF SERVICE

I certify that on November 16, 2023, I served this Notice by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

*/s/Justin T. Golart*
Justin T. Golart
