# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13444

_____

CHRISTOPHER BAUGHCUM, JR.,
ZANE MEYERS,
SOPHIE LONG,
FIREARMS POLICY COALITION, INC.,

                                                Plaintiffs-Appellants,

*versus*

GENOLA JACKSON,
in her individual capacity and in her official capacity
as Judge of the Laurens County Probate Court,
JANICE D. SPIRES,
in her individual capacity and in her official capacity
as Judge of the Houston County Probate Court,
KATHRYN B. MARTIN,
in her individual capacity and in her official capacity
as Judge of the Lamar County Probate Court,
CHRIS WRIGHT, in his individual capacity
and in his official capacity as Commissioner of the Department

2                                                                                                                22-13444

of Public Safety,

                                                                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 3:21-cv-00036-DHB-BKE

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 9, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  March 11, 2024